UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
v.                         )      No. 3:07-CR-53
                           )      (Phillips / Shirley)
JAMILLE STARKS,            )
CHAKA SLIGH, and           )
JASON NELSON               )
                           )
            Defendants.    )

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter came before the Court on June 25, 2007, for a Pretrial Conference. Defendant Jamille Starks was present with his attorney, Wayne Stambaugh. Defendant Chaka Sligh was present with her attorney, Boyd Venable. Defendant Jason Nelson and his attorney, Charles Poole, were also present. Assistant United States Attorney David Jennings was present on behalf of the government.

The Court first addressed the government's Motion for Brief Extension of Time Within Which to Provide Discovery and to Designate Lead Counsel to Whom Discovery is Provided [Doc. 24]. AUSA Jennings announced that all discovery has been provided to the three defendants, with the exception of one forensic laboratory report. AUSA Jennings described his efforts to obtain the report and expressed his expectation that it would be available within a matter of days. For these

reasons, AUSA Jennings told the Court that his motion is now moot; the defendants agreed with this characterization. The government's Motion for Brief Extension of Time Within Which to Provide Discovery and to Designate Lead Counsel to Whom Discovery is Provided **[Doc. 24]** is **DENIED** as moot.

Attorney Charles Poole asked the Court for leave to withdraw all motions filed on behalf of Defendant Nelson, to include his Motion for Extension of Motion Deadline [Doc. 32]; and Motion to Continue [Doc. 35]. The Court granted this oral motion to withdraw. Accordingly, Motion for Extension of Motion Deadline **[Doc. 32]**; and Motion to Continue **[Doc. 35]** are **DENIED** as moot.

Attorney Boyd Venable asked the Court for leave to withdraw all motions filed on behalf of Defendant Sligh, to include her Motion for Extension of Motion Deadline [Doc. 33]; and Motion for Subpoena [Doc. 36] and also withdrew her Response to Motion to Continue [Doc. 38]. The Court granted this oral motion to withdraw. Accordingly, **[Doc. 33]**, **[Doc. 36]** and **[Doc. 38]** are **DENIED** as moot.

On behalf of Defendant Starks, Attorney Wayne Stambaugh then made an oral motion to continue the trial date set in this matter for July 10, 2007. Attorney Stambaugh told the Court that he had intended to join the now-withdrawn Motion to Continue filed by Defendant Sligh. Attorney Stambaugh told the Court that he continues to investigate and research an issue of fundamental importance to Mr. Starks' defense, but could not say for certain whether this may necessitate a new trial date. Defendant Starks' motion to continue the trial date is hereby scheduled for hearing on **July 9, 2007, at 1:00 p.m.** before this Court.

The Court's ruling on these matters is as follows:

1.  Motion for Brief Extension of Time Within Which to Provide Discovery and to Designate Lead Counsel to Whom Discovery is Provided **[Doc. 24]** is **DENIED as moot;**

2.  Motion for Extension of Motion Deadline **[Doc. 32]** is **DENIED** as moot;

3. Motion to Continue **[Doc. 35]** is **DENIED** as moot**;**

4.  Motion for Extension of Motion Deadline **[Doc. 33]** is **DENIED** as moot;

5.  Motion for Subpoena **[Doc. 36]** is **DENIED** as moot;

6.  Response to Motion to Continue **[Doc. 38]** is **DENIED** as moot;

7.  Defendant Starks' oral motion to continue is scheduled for hearing on **July 9, 2007, at 1:00 p.m.** before this Court.

    **IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.    
United States Magistrate Judge